LAW LIBRARY

NO. 28395

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 JUL 20 AM 9:16 FILED
JEAN R. KIKUMOTO CLERK APPELLATE COURTS STATE OF HAWAII

GEORGE MIYASHIRO, Respondent/Plaintiff-Appellant

vs.

ROEHRIG, ROEHRIG, WILSON & HARA; STANLEY H. ROEHRIG,
Attorney at Law, ALC; GLENN HARA, Attorney at Law;
CAROL MIYASHIRO; TROY MIYASHIRO; and TITLE GUARANTY
COMPANY, Petitioners/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 04-1-211)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioners/Defendants-Appellees Roehrig, Roehrig,
Wilson & Hara, Stanley H. Roehrig, and Glenn Hara's application
for writ of certiorari filed on June 7, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 20, 2010.

FOR THE COURT:

_Mark E. Recktenwald_

Associate Justice

Peter Van Name Esser,
Keith K. Hiraoka,
and Brian J. De Lima
on the application for
petitioners/defendants-
appellees

Lissa H. Andrews and
Erin H. Yoda (Rush
Moore, LLP) on the
response for respondent/
plaintiff-appellant

---

[1] Considered by: Nakayama, Acting C.J., Acoba, and Recktenwald, JJ.,
Circuit Judge Chan in place of Moon, C.J., recused, and Circuit Judge Chang in
place of Duffy, J., recused.